Chambers of

**Norman A. Mordue**

Judge

Tel: 315-234-8570

Fax: 315-234-8571

**SELF INITIATED AMENDMENT**

April 20, 2004

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington D.C.  20544

Re: Calendar Year 2003 Filing

Gentlemen:

Enclosed are the original and three copies of my 2003 financial disclosure report.  In preparing this year's report, I realized that Cisco Systems, Inc. stock was not noted as being "partially sold" in 2002, with a "J" value and "none" for income.  This stock was completely sold in 2003.

Also, both the Honeywell and the Schawb Charles Corp. IRAs were sold on 2/9/02 with a "J" value and a "A" code for gain.



NAM:jml
Enclosures

Ⅱ

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978 |
|---|---|---|
| | Calendar Year 2003 | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mordue, Norman A | Northern District of New York | 04/20/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S.District Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 01/01/2003 to 12/31/2003 |
|---|---|---|

| 7. Chambers or Office Address P.O. Box 7336 100 S. Clinton St. Syracuse, NY 13261 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |
|---|---|

> IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Vietnam Veterans Leadership Program of Onondaga County (Not for Profit Corporation) |
| 2. | General Partner | Northside Waterflood Partnership, a New York General Partnership. I am a passive partner. |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1999 | Entitled to NYS Retirement Benefits from years in State system as a Prosecutor and Judge (28 years) |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | NYS Vested Pension Plan | $63,724 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS-- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mordue, Norman A | 04/20/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE**  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Syracuse Police Federal Credit Union Joined 12/4/98 | A | Interest | J | T | | | | | |
| 2. Key Bank Checking Account | A | Interest | | | | | | | |
| 3. Metropolitan Life Insurance Co. | A | Interest | J | T | | | | | |
| 4. Novell Inc. IRA  (X) | | None | J | T | | | | | |
| 5. Farm Lot, Niles, NY | A | Rent | L | W | | | | | |
| 6. Northside Waterflood Partnership C | | None | J | T | | | | | |
| 7. Ashton Technologies | | None | | | Sold | 6-19 | J | | |
| 8. Ashton Technologies | | None | | | Sold | 6-19 | J | | |
| 9. Rail America | | None | | | Sold | 6-19 | J | | |
| 10. Rail America | | None | | | Sold | 6-19 | J | | |
| 11. Rail America | | None | | | Sold | 6-19 | J | | |
| 12. Time Warner formerly American On Online IRA | | None | J | T | | | | | |
| 13. Key Bank - IRA | A | Interest | J | T | | | | | |
| 14. Alternate Tech Corp. | | None | | | Sold | 6-19 | J | | |
| 15. Host America | B | Dividend | | | Sold | 8-28 | J | B | |
| 16. University College TV Corp. | | None | | | Sold | 6-19 | J | | |
| 17. Ashton Tech Group | | None | | | Sold | 6-19 | J | | |
| 18. Ashton Tech Group | | None | | | Sold | 6-19 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mordue, Norman A | 04/20/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. ACCR | | None | | | Sold | 6-19 | J | | |
| 20. ASTN | | None | | | Sold | 6-19 | J | | |
| 21. ASTN | | None | | | Sold | 6-19 | J | | |
| 22. CAFE | | None | | | Sold | 6-19 | J | | |
| 23. CAFE | | None | | | Sold | 6-19 | J | | |
| 24. Pfizer | | None | | | Sold | 1-14 | J | | |
| 25. Bank One Corp. Com. | | None | | | Sold | 1-14 | J | | |
| 26. Brown & Brown Inc. | | None | | | Sold | 1-14 | J | | |
| 27. Omnivision Technologies | A | Dividend | | | Sold | 1-14 | J | A | |
| 28. Amgen, Inc. | | None | | | Sold | 1-14 | J | | |
| 29. Cisco Systems Inc. | A | Dividend | | | Sold | 9-9 | J | A | |
| 30. Anheuser-Busch Companies | | None | J | T | | | | | |
| 31. Citigroup, Inc. | | None | J | T | | | | | |
| 32. Pepsico, Inc. | | None | | | Sold | 1-14 | J | | |
| 33. Philip-Morris Cos., Inc. | | None | | | Sold | 1-14 | J | | |
| 34. Univision Communications, Inc. | | None | J | T | | | | | |
| 35. Univision Communications, Inc. | | None | J | T | | | | | |
| 36. J.D.S. Uniphase Corp. | | None | J | T | Purch | 8-28 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mordue, Norman A | 04/20/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. J.D.S. Uniphase Corp. | | None | J | T | Purch | 9-9 | J | | |
| 38. | | None | J | T | Part.Sold | 12-17 | J | | |
| 39. UAL Corp. | | None | J | T | Purch | 12-17 | J | | |
| 40. Univision Communications, Inc. | A | Dividend | J | T | Purch | 1-14 | J | A | |
| 41. SBC Communications, Inc. | | None | J | T | Purch | 1-14 | J | | |
| 42. Tenet Health Care Corp. | | None | J | T | Purch | 1-14 | J | | |
| 43. Nuveen NY Municipal | A | Dividend | K | T | Purch | 6-20 | K | A | |
| 44. McDonald Investments IRA (X) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _April 20, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544